Opinion concurring in the denial of the petition for rehearing en banc filed by Circuit Judge DYK, in which Circuit Judges LOURIE, CHEN, and HUGHES join.
Opinion dissenting from the denial of the petition for rehearing en banc filed by Chief Judge PROST, Circuit Judges NEWMAN, MOORE, O’MALLEY, and REYNA.
Opinion dissenting from the denial of the petition for rehearing en banc filed by ' Circuit Judge NEWMAN.
ORDER
PER CURIAM.
Appellant Cuozzo Speed Technologies, LLC, filed a petition for rehearing en banc. A response to the petition was invited by the court and filed by Intervenor Michelle Lee, Director of the United States Patent and Trademark Office. The petition and response were referred to the panel that heard the appeal, and thereafter the petition and response were referred to the circuit judges who are in regular active service. A poll was requested, taken, and failed.
IT IS ORDERED THAT:
(1) The petition for rehearing en banc is denied.
(2) Absent a petition for rehearing, the mandate of the court will issue in fifty-two days.